**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MUSTAFA ALI,

                Plaintiff,                Case No. 10-CV-1945 (PJS/JJK)

v.

**ORDER**

JILL BARGER AND JOHN DOE,

                Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated June 28, 2011.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Sanctions Including Dismissal [Docket No. 25], is **GRANTED**; and

2. This case is DISMISSED WITH PREJUDICE.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Date:  July 21, 2011

                                                  s/Patrick J. Schiltz
                                                  Patrick J. Schiltz
                                                  United States District Judge